**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONALD CARTER,

        Plaintiff,

vs.                                         Case No. 3:12-cv-740-J-32JRK

PATRICK P. O'CARROLL, JR., et al.,

        Defendants.
_____

RONALD CARTER,

        Plaintiff,

vs.                                         Case No. 3:12-cv-741-J-32TEM

UNITED STATES OF AMERICA,

        Defendant.
_____

**ORDER**

This case is before the Court on plaintiff's Motions for Leave to Appeal in forma pauperis (Doc. 15 in Case No. 3:12-cv-740 and Doc. 13 in Case No. 3:12-cv-741). Although plaintiff likely meets the financial requirements for proceeding in forma pauperis, plaintiff's motions are due to be denied. The Court's Order dismissing these cases was based on a finding that plaintiff's claims were so unrealistic as to be frivolous to the extent that the Court did not have subject matter jurisdiction. Although plaintiff has filed a "Motion to Suggest Order to be Revisited Should be Certified by the Court" (Doc. 16 in Case No. 3:12-cv-740 and Doc. 14 in Case No. 3:12-cv-741), in which he explains why he believes the Court was mistaken, nothing in those papers persuades the Court that he is correct. Accordingly, the

Court finds any grounds for his appeal are frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B)(I).  See Sun v. Forrester, 939 F.2d 924 (11th Cir. 1991) (defining a frivolous appeal in this Circuit as one which is "without arguable merit" either factually or legally). Plaintiff's Motions for Leave to Appeal in forma pauperis and the Motions to Suggest Order to be Revisited Should be Certified by the Court are **denied**.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of October, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Clerk of Court, Eleventh Circuit Court of Appeals
pro se plaintiff